```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

In Re Application for Order           )
Transferring Dispute, Staying         )
Discovery, or Quashing Subpoena of    )   No. 1:06-MC-34-RJL
Sheela Stuart.                        )
                                      )
------------------------------------
```

**UNITED STATES' MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION TO COMPEL**

Pursuant to Fed. R. Civ. P. 6(B)(1), the United States moves this Court for entry of an Order extending the time in which the United States may respond to People First of Tennessee, et al.'s ("People First") Motion to Compel Compliance with Subpoena to Sheela Stuart ("Motion to Compel"), on the following grounds:

1. People First has stated to the District Court of the Middle District of Tennessee, where the underlying action s pending, that it does not oppose that court's deciding the motion pending in this Court; and

2. The United States and People First are currently in negotiations to determine whether the subject of the pending motions in this Court may be presented in motions and responses before the District Court of the Middle District of Tennessee.

Therefore, we respectfully request the Court to enter the attached proposed Order, extending the time in which the United States may respond to the Motion to Compel by no later than March 6, 2006.

|  |  |
|---|---|
|  | Respectfully submitted, |
| KENNETH L. WAINSTEIN<br>United States Attorney<br>District of the District of<br> Columbia | WAN J. KIM<br>Assistant Attorney General<br>Civil Rights Division<br><br>BRADLEY J. SCHLOZMAN<br>Principal Deputy Assistant<br>  Attorney General<br><br>SHANETTA Y. CUTLAR<br>Section Chief<br><br>JUDY C. PRESTON<br>Deputy Chief<br><br><u>s/R. JONAS GEISSLER</u><br>TODD SCHNEIDER<br>R. JONAS GEISSLER<br>LINDA KEYSER<br>Trial Attorneys<br>Special Litigation Section<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC  20530<br>(202)353-8866 |

## **CERTIFICATE OF CONSULTATION**

Pursuant to Fed. R. Civ. P. 26(c) and Local Rule 7(m), the undersigned Jonas Geissler, attorney for the United States, hereby certifies that I conferred with Judith Gran, attorney for People First of Tennessee, on February 24, 2006 in a good faith effort to resolve by agreement the issues raised in this motion and that the parties were unable to do so.

s/R. JONAS GEISSLER
R. JONAS GEISSLER

```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

In Re Application for Order         )
Transferring Dispute, Staying       )
Discovery, or Quashing Subpoena of  )   No. 1:06-MC-34-RJL
Sheela Stuart.                      )
                                    )
------------------------------------
```

**PROPOSED ORDER**

Having reviewed the United States' Motion for Extension of Time to Respond to Protective Order, it is hereby GRANTED. It is further ORDERED and DECREED that:

The United States shall submit a response, if any, to People First of Tennessee, <u>et al.</u>'s Motion to Compel Compliance with Subpoena of Sheela Stuart ("Motion to Compel") by no later than the end of the day of March 6, 2006.

IT IS SO ORDERED THIS ___ DAY OF _____, 2006.


                                    _____
                                    RICHARD J. LEON
                                    UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 27, 2006, I served via email and first class mail, postage prepaid, the United States' Motion for Extension of Time to Respond to People First, et. al's Motion to Compel Compliance with Subpoena of Sheela Stuart and accompanying exhibits to the following:

Dianne Stamey Dycus, Esq.
Deputy Attorney General
Office of the Attorney General
Cordell Hull Building, 2nd Fl.
425 Fifth Avenue North
Nashville, TN  37243-0499

Jonathan P. Lakey, Esq.
Pietrangelo Cook PLC
International Place - Tower II
6410 Poplar Avenue
Suite 190
Memphis, Tennessee 38119

Judith A. Gran, Esq.
Public Interest Law Center
  of Philadelphia
125 South 9th Street, Ste. 700
Philadelphia, PA  19107

Earle J. Schwarz, Esq.
Glankler Brown, PLLC
One Commerce Square - 17th Floor
Memphis, Tennessee  38103-2566

Jack W. Derryberry, Esq.
Ward, Derryberry and Thompson
Suite 1720, Parkway Towers
404 James Robertson Parkway
Nashville, TN  37219

Edward G. Connette, Esq.
Essex Richards, P.A.
1701 South Boulevard
Charlotte, NC  28203

Mary Schaffner
Howell & Fisher
Court Square Building
300 James Robertson Parkway
Nashville, TN  37201

Robert Berlow, Esq.
805 Fairfield Estates Court
Crownsville, MD 21032

Dudley West, Esq.
White & Reasor
Two American Center
3102 West End Avenue
Suite 1150
Nashville, TN  37203-1304

Michael Lottman, Esq.
3200 West End Ave., Suite 500
Nashville, TN  37203

s/R. JONAS GEISSLER
R. Jonas Geissler
Attorney for the United States
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave., N.W.
Washington D.C. 20530
Telephone: (202)353-8866