Exhibit 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PEOPLE FIRST OF TENNESSEE, ET AL | ) ) |
| v. | ) No. 3:95-1227 ) consolidated w/3:96-1056 ) Judge Echols |
| CLOVER BOTTOM DEVELOPMENTAL CENTER, ET AL | ) ) |
| UNITED STATES OF AMERICA | ) ) |
| v. | ) ) |
| STATE OF TENNESSEE, ET AL | ) |

**O R D E R**

The United States has submitted to the Court a Motion for Protective Order and supporting Memorandum and Joint Written Statement of Matters at Issue. The United States has also submitted its February 16, 2006, letter to the Court, with attachments, requesting that the Motion for Protective Order be filed and made a part of the record.

The Clerk is directed to file the Motion for Protective Order and supporting documents and the Government's February 16, 2006, letter with attachments as a part of the record in this case.

Any responses to the Motion for Protective Order shall be filed within ten (10) days of entry of this Order.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE