IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

```
In Re Application for Order         )
Transferring Dispute, Staying       )
Discovery, or Quashing Subpoena of  )   No. 1:06-MC-34-RJL
Sheela Stuart.                      )
                                    )
```
------------------------------------------

## UNITED STATES' NOTICE OF FILING

The United States submits herewith exhibit numbered two, which the United States regretfully omitted from its filing of its Motion for Extension of Time to Respond to Motion to Compel, submitted yesterday, February 27, 2006.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
District of the District of
 Columbia

WAN J. KIM
Assistant Attorney General
Civil Rights Division

BRADLEY J. SCHLOZMAN
Principal Deputy Assistant
  Attorney General

SHANETTA Y. CUTLAR
Section Chief

JUDY C. PRESTON
Deputy Chief


/s/ R. JONAS GEISSLER
TODD SCHNEIDER
R. JONAS GEISSLER
LINDA KEYSER
Trial Attorneys
Special Litigation Section
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC  20530
(202)353-8866

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 28, 2006, I served via email and first class mail, postage prepaid, the United States' Notice of Filing to the following:

Dianne Stamey Dycus, Esq.
Deputy Attorney General
Office of the Attorney General
Cordell Hull Building, 2nd Fl.
425 Fifth Avenue North
Nashville, TN  37243-0499

Jonathan P. Lakey, Esq.
Pietrangelo Cook PLC
International Place - Tower II
6410 Poplar Avenue
Suite 190
Memphis, Tennessee 38119

Judith A. Gran, Esq.
Public Interest Law Center
  of Philadelphia
125 South 9th Street, Ste. 700
Philadelphia, PA  19107

Earle J. Schwarz, Esq.
Glankler Brown, PLLC
One Commerce Square - 17th Floor
Memphis, Tennessee  38103-2566

Jack W. Derryberry, Esq.
Ward, Derryberry and Thompson
Suite 1720, Parkway Towers
404 James Robertson Parkway
Nashville, TN  37219

Edward G. Connette, Esq.
Essex Richards, P.A.
1701 South Boulevard
Charlotte, NC  28203

Mary Schaffner
Howell & Fisher
Court Square Building
300 James Robertson Parkway
Nashville, TN  37201

Robert Berlow, Esq.
805 Fairfield Estates Court
Crownsville, MD 21032

Dudley West, Esq.
White & Reasor
Two American Center
3102 West End Avenue
Suite 1150
Nashville, TN  37203-1304

Michael Lottman, Esq.
3200 West End Ave., Suite 500
Nashville, TN  37203


/S/ R. JONAS GEISSLER
R. Jonas Geissler
Attorney for the United States
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave., N.W.
Washington D.C. 20530
Telephone: (202)353-8866