Exhibit 2

LAW OFFICES
# WARD, DERRYBERRY & THOMPSON

SUITE 1720, PARKWAY TOWERS
404 JAMES ROBERTSON PARKWAY
NASHVILLE, TENNESSEE 37219
(615) 244-0554
FAX (615) 244-1229

CULWELL E. WARD

JACK W. DERRYBERRY, JR.

JOHN MICHAEL THOMPSON

February 23, 2006

<u>VIA FAX TO: 736-2054</u>
Honorable Robert L. Echols
United States District Court Judge
801 Broadway, Room 824
U.S. Courthouse
Nashville, Tennessee 37203-3868

RE:  *People First of Tennessee, et al. v. The Clover Bottom Developmental Center, et al.*
United States District Court, Middle District No.: 3:95-1227 consol. with 3:96-1056 (Judge Echols)

Dear Judge Echols:

This will confirm that Judith Gran and myself will participate in a conference call tomorrow relative to this case.

Please also let this letter serve as a clarification of the class representatives' position on the various Motions from the United States to transfer and quash subpoenas. We have not indicated that we were opposed to you deciding those Motions but rather when asked by the United States merely said that there was not yet a case or controversy in this court since, because the subpoenas were issued by other courts, that court would have to transfer the cases. We hope that will serve to clarify our position. Thank you for your assistance in this matter.

Sincerely,

Ward, Derryberry & Thompson

Jack W. Derryberry, Jr.

JWD/njl

cc: Co-counsel
C:\DATA\JWD Documents\People First v. Cloverbottom\fax to Judge Echols 2-23.doc