IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

In Re Application for Order            )
Transferring Dispute, Staying          )
Discovery, or Quashing Subpoena of )    No. 1:06-MC-34-RJL
Sheela Stuart.                         )
                                       )
---------------------------------------

**UNITED STATES' MOTION FOR PROTECTIVE ORDER TO SEAL MEMORANDUM**

Pursuant to Fed. R. Civ. P. 26(c), the United States moves for a protective order with regard to People First of Tennessee's Memorandum of Law in Opposition to United States' Application and in Support of People First's Motion to Compel Compliance with Subpoena ("Memorandum"), on the following grounds:

1.  As more fully described in the accompanying Memorandum in Support of this Motion, the Memorandum contains confidential and inadmissible information relating to a United States expert, Dr. Sheela Stuart.  Specifically, Dr. Stuart's statements made during a March 16, 2005 settlement conference are protected by Fed. R. Evid. 408 and the federal common law settlement privilege.

2.  If the Memorandum is not sealed, public disclosure of the information contained therein will harm the United States, because our confidentiality will be involuntarily waived.

3.  Sealing of the memorandum will not interfere with this Court's adjudication of this case, and is warranted by the legitimate confidentiality interests of the United States. Furthermore, the United States is submitting a redacted

version of the Memorandum for the public record, in the event this Motion is granted.  See Ex. 1.

4.    For the foregoing reasons, the United States moves this Court to enter the attached proposed protective order to seal the Memorandum.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
District of the District of
 Columbia

WAN J. KIM
Assistant Attorney General
Civil Rights Division

BRADLEY J. SCHLOZMAN
Principal Deputy Assistant
 Attorney General

SHANETTA Y. CUTLAR
Section Chief

JUDY C. PRESTON
Deputy Chief

s/R. JONAS GEISSLER
TODD SCHNEIDER
R. JONAS GEISSLER
LINDA KEYSER
Trial Attorneys
Special Litigation Section
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC  20530
(202)353-8866

<u>CERTIFICATE OF CONSULTATION</u>

Pursuant to Fed. R. Civ. P. 26(c) and Local Rule 7(m), the undersigned Jonas Geissler, attorney for the United States, hereby certifies that he conferred with Judith Gran, attorney for People First of Tennessee, on March 1, 2006 in a good faith effort to resolve by agreement the issues raised in this motion and that the parties were unable to do so.

<u>s/R. JONAS GEISSLER</u>
R. JONAS GEISSLER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

```
In Re Application for Order        )
Transferring Dispute, Staying      )
Discovery, or Quashing Subpoena of )    No. 1:06-MC-34-RJL
Sheela Stuart.                     )
                                   )
----------------------------------------
```

**<u>PROPOSED ORDER</u>**

Having reviewed the United States' Motion for Protective Order to Seal Memorandum, it is hereby GRANTED.  It is further ORDERED and DECREED that:

1.  People First of Tennessee's Memorandum of Law in Opposition to United States' Application and in Support of People First's Motion to Compel Compliance with Subpoena ("Memorandum") shall be sealed; and

2.  The Memorandum may be opened only upon order of the Court.

IT IS SO ORDERED THIS ___ DAY OF _____, 2006.


_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 2, 2006, I served via email and first class mail, postage prepaid, the United States' Motion for Protective Order to Seal Memorandum and accompanying exhibits to the following:

Dianne Stamey Dycus, Esq.
Deputy Attorney General
Office of the Attorney General
Cordell Hull Building, 2nd Fl.
425 Fifth Avenue North
Nashville, TN  37243-0499

Jonathan P. Lakey, Esq.
Pietrangelo Cook PLC
International Place - Tower II
6410 Poplar Avenue
Suite 190
Memphis, Tennessee 38119

Judith A. Gran, Esq.
Public Interest Law Center
  of Philadelphia
125 South 9th Street, Ste. 700
Philadelphia, PA  19107

Earle J. Schwarz, Esq.
Glankler Brown, PLLC
One Commerce Square - 17th
Floor
Memphis, Tennessee  38103-2566

Jack W. Derryberry, Esq.
Ward, Derryberry and Thompson
Suite 1720, Parkway Towers
404 James Robertson Parkway
Nashville, TN  37219

Edward G. Connette, Esq.
Essex Richards, P.A.
1701 South Boulevard
Charlotte, NC  28203
Mary Schaffner
Howell & Fisher
Court Square Building
300 James Robertson Parkway
Nashville, TN  37201

Robert Berlow, Esq.
805 Fairfield Estates Court
Crownsville, MD 21032

Dudley West, Esq.
White & Reasor
Two American Center
3102 West End Avenue
Suite 1150
Nashville, TN  37203-1304

Michael Lottman, Esq.
3200 West End Ave., Suite 500
Nashville, TN  37203

<u>s/R. JONAS GEISSLER</u>
R. Jonas Geissler
Attorney for the United States
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave., N.W.
Washington D.C. 20530
Telephone: (202)353-8866