Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
PEOPLE FIRST OF TENNESSEE,    )
et al.,                       )
                              )
                              )
          Plaintiffs,         )
                              )
vs.                           ) Civil Action No. 3:95-1227
                              ) Judge Echols
CLOVER BOTTOM DEVELOPMENTAL   ) Consolidated with 3:96-1056
CENTER, et al.,               )
                              )
          Defendants.         )
```

---

DEPOSITION OF:

CARLY CRAWFORD

Taken on Behalf of the Plaintiffs

January 20, 2006

---

**RENEE LOWERY**
COURT REPORTER
7410 VALLEY ROAD
FAIRVIEW, TN 37062
(615) 799-8564

```
 1              The deposition of CARLY CRAWFORD was taken
 2   by counsel for the plaintiffs at the Office of the Attorney
 3   General, 2nd Floor, Cordell Hull Building, 425 5th Avenue
 4   North, Conference Room C, Nashville, Tennessee, on January
 5   20, 2006 at 8:30 a.m., for all purposes under the Federal
 6   Rules of Civil Procedure.
 7              All formalities as to notice, caption,
 8   certificate, et cetera, are waived.  All objections except
 9   as to the form of the questions, are reserved to the
10   hearing.
11              It is agreed that Renee Lowery, being a
12   Notary Public and Court Reporter for the State of
13   Tennessee, may swear the witness, and that the reading and
14   signing of the completed deposition by the witness are
15   waived.
16
17                         *   *   *
18
19                        CARLY CRAWFORD
20   was called as a witness and, after having been first duly
21   sworn, testified as follows:
22                      DIRECT EXAMINATION
23   QUESTIONS BY MR. CONNETTE:
24        Q.   Will you start by giving us your name for
25   the record, please.
```

4

Dr. Singh's deposition is a March 25, 2005 letter addressed to Dianne Dycus in the attorney general's office and signed by Todd Schneider on behalf of the Department of Justice, Special Litigation Section. Now, on page 8, there's paragraph number 13 that focuses on section Roman numeral VI(F)(1) and (F)(2) of the settlement agreement. Can you take just a moment and look at this and then I'm going to ask you if this is something that you have reviewed.

A.  (Witness reviews document.)  I saw this yesterday.

Q.  There's a paragraph with a subheading "Concerns" under paragraph 13. Are these -- do you know where these concerns came from?

A.  Do I know where they came from?

Q.  Yes. Were these the concerns of any particular expert or reviewer?

A.  Reading this, I would presume that they would come from the Department of Justice expert, Sheila Stewart.

Q.  Are these issues that you, yourself, had spoken with Sheila Stewart about at any point?

MR. SCHNEIDER:  I'm going to object. The answer to that could involve information that's protected by settlement privilege.

MR. CONNETTE:  And which privilege is

64

1  that?

2  MR. SCHNEIDER: I'm going to be
3  asserting settlement privilege as to any
4  discussions Ms. Crawford might have had with
5  Dr. Stewart during a particular, I think it
6  was called settlement exit conference in
7  March 2005.

8  MR. CONNETTE: I think that whether or
9  not there is a privilege as to the
10 admissibility of anything that might have
11 been said during that exit conference is one
12 issue, but what we're looking at here is
13 discovery and trying to obtain information
14 so that we'll know the basis for Ms.
15 Crawford's opinions, and for those purposes,
16 I think we are entitled to know what
17 discussions Ms. Crawford has had with Sheila
18 Stewart regarding these concerns regardless
19 of the origin of the discussion.

20 MR. SCHNEIDER: I'll just reiterate my
21 objection and let it stand and I can
22 reiterate it as a continuing objection for
23 any questions you may have between Ms.
24 Crawford and Dr. Stewart.

25 MR. CONNETTE: All right.

```
 1              MR. LAKEY:  In regard to the specific
 2      exit conference?
 3              MR. SCHNEIDER:  Well, in regard to that
 4      exit conference, any broader questions that
 5      can indicate information that came from that
 6      source.  If there are questions that say
 7      beyond that conference, what did you talk
 8      about, of course, I wouldn't be objecting to
 9      those.  Any questions that say, What'd you
10      guys talk about? that could implicate
11      information that came out during that
12      conference.
13   BY MR. CONNETTE:
14        Q.   Now, Ms. Crawford, let me see if I can help
15   you out a little bit and return to these questions.  I'm
16   going to break the question down some.  First off, after
17   the visits to Greene Valley Developmental Center with Carly
18   Crawford, there were what were called exit interviews, or
19   exit conferences.  Is that correct?
20        A.   When Dr. Stewart was there?
21        Q.   Yes, with Dr. Stewart.
22        A.   Repeat the question.
23        Q.   You shadowed Dr. Stewart on two visits to
24   Greene Valley.  Is that correct?
25        A.   Correct.
```

```
 1  many speech pathologists per resident at Greene Valley?
 2          A.   Yes.  It's very nearly the same census and
 3  they have -- there is more than three times the number of
 4  speech language pathologists.
 5          Q.   When you say "very nearly the same census",
 6  you mean that --
 7          A.   Right around 300 people.
 8          Q.   You have right around 300 people at --
 9          A.   I believe Greene Valley did or does.
10          Q.   You have approximately 300 people at -- is
11  it Oak --
12          A.   Oakwood Community Center.
13          Q.   And there are three times as many SLPs at
14  Greene Valley as there are at Oakwood?
15          A.   Yes.  We have five.
16              MR. WEST:  Thank you.  That's all the
17          questions I have.
18              MR. CONNETTE:  We're done.
19  FURTHER, DEPONENT SAITH NOT.
20
21                    (Signature Waived)
22
23                    Sworn to before me when taken
                      this 20th day of January, 2006
24
25
```

109

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Renee Lowery, Court Reporter and
Notary Public at Large

My Commission Expires: 3/14/09