```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| In Re Application for Order )<br>Transferring Dispute, Staying )<br>Discovery, or Quashing Subpoena of )<br>Sheela Stuart. )<br>) | No. 1:06-MC-34-RJL |

**JOINT MOTION TO DISMISS PENDING APPLICATION TO TRANSFER, STAY DISCOVERY, OR QUASH SUBPOENA OF SHEELA STUART AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO SHEELA STUART**

On January 30, 2006, the United States filed its Application to Transfer Dispute to Middle District of Tennessee, or in the Alternative, Stay Discovery, or, in the Alternative, Quash Subpoena of Sheela Stuart ("Application"). People First of Tennessee, et. al ("People First"), states that it filed[1] its Motion to Compel Compliance with Subpoena to Sheela Stuart ("Motion to Compel") on February 13. Accordingly, there are countervailing motions pending before this Court concerning the subpoena of Dr. Sheela Stuart, an expert retained by the United States.

The subpoena seeks information related to a motion pending in a matter before the United States District Court for the Middle District of Tennessee, People First of Tennessee v. Clover Bottom Developmental Center, No. 95-1227 (M.D. Tenn.), consolidated with United States v. Tennessee, No. 96-1056 (M.D. Tenn.) (collectively the "Clover Bottom Case"). On January 26,

---

[1] Counsel for People First have served this motion on the United States. The motion, however, does not yet appear in the Clerk of the Court's Electronic Case Management system.

2006, the United States submitted a Motion for Protective Order with the judge presiding over the Clover Bottom Case in the Middle District of Tennessee Court with request for leave to file the motion.[2]  On February 23, 2006, the Tennessee Court ordered that the United States' Motion for a Protective Order (which addresses Dr. Stuart's scheduled deposition) be filed and any responses be filed within 10 days.  See Order, Docket No. 754 (Feb. 23, 2006) (Ex. 1).

In light of the Tennessee Court's anticipated resolution of the Motion for Protective Order, and to promote uniformity[3] and conserve judicial resources, counsel for the United States and counsel for People First now have agreed to move to dismiss the Application and the Motion to Compel pending before this Court.  Accordingly, the undersigned respectfully request that this Court dismiss without prejudice the Application and Motion to Compel.

---

[2]   As was custom in the Clover Bottom Case, the Motion for Protective Order was filed with the judge rather than the clerk of the court because the case had been administratively closed and required an order of the Tennessee Court for the clerk of the court to accept motions for filing.  The Court later lifted this requirement on February 22, 2006.  See Order, Docket No. 753 (Feb. 22, 2006).

[3]   Similar, countervailing motions are pending before the United States District Court for the District of Massachusetts for a subpoena issued by People First for Dr. Alan Harchik, another expert retained by the United States.  See In re Application for Order Transferring Dispute, Staying Discovery, or Quashing Subpoena of Alan Harchik, Civ. No. 1:06-MC-10022-NG (D. Mass.).

|  |  |
|---|---|
|  | Respectfully submitted, |
| KENNETH L. WAINSTEIN<br>United States Attorney<br>District of the District of<br> Columbia | WAN J. KIM<br>Assistant Attorney General<br>Civil Rights Division<br><br>BRADLEY J. SCHLOZMAN<br>Principal Deputy Assistant<br>  Attorney General<br><br>SHANETTA Y. CUTLAR<br>Section Chief<br><br>JUDY C. PRESTON<br>Deputy Chief<br><br>s/R. JONAS GEISSLER<br>TODD SCHNEIDER<br>R. JONAS GEISSLER<br>LINDA KEYSER<br>Trial Attorneys<br>Special Litigation Section<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC  20530<br>(202)353-8866<br>Counsel for the United States<br><br><br>/S/ ROBERT BERLOW<br>*(with permission)*<br>ROBERT BERLOW<br>805 Fairfield Estates Court<br>Crownsville, MD 21032<br>Counsel for People First of<br>  Tennessee, et. al |

CERTIFICATE OF CONSULTATION

Pursuant to Fed. R. Civ. P. 26(c) and Local Rule 7(m), the undersigned Jonas Geissler, attorney for the United States, hereby certifies that I conferred with Judith Gran, attorney for People First of Tennessee, on February 24, 2006 in a good faith effort to resolve by agreement the issues raised in this motion and that People First supports this motion.


                                        s/R. JONAS GEISSLER
                                        R. JONAS GEISSLER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

```
In Re Application for Order           )
Transferring Dispute, Staying         )
Discovery, or Quashing Subpoena of    )    No. 1:06-MC-34-RJL
Sheela Stuart.                        )
                                      )
------------------------------------
```

## PROPOSED ORDER

Having reviewed the Joint Motion to Dismiss Pending Application to Transfer, Stay Discovery, or, Quash Subpoena of Sheela Stuart and Motion to Compel Compliance with Subpoena to Sheela Stuart, it is hereby GRANTED. It is further ORDERED and DECREED that:

1. The United States' Application to Transfer Dispute to Middle District of Tennessee, or in the Alternative, Stay Discovery, or, in the Alternative, Quash Subpoena of Sheela Stuart is dismissed without prejudice; and

2. People First of Tennessee, et al.'s Motion to Compel Compliance with Subpoena of Sheela Stuart is dismissed without prejudice.

IT IS SO ORDERED THIS ___ DAY OF _____, 2006.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 2, 2006, I served via email and first class mail, postage prepaid, the Joint Motion to Dismiss Pending Application to Transfer, Stay Discovery, or, Quash Subpoena of Sheela Stuart and Motion to Compel Compliance with Subpoena to Sheela Stuart to the following:

Dianne Stamey Dycus, Esq.
Deputy Attorney General
Office of the Attorney General
Cordell Hull Building, 2nd Fl.
425 Fifth Avenue North
Nashville, TN  37243-0499

Jonathan P. Lakey, Esq.
Pietrangelo Cook PLC
International Place - Tower II
6410 Poplar Avenue
Suite 190
Memphis, Tennessee 38119

Judith A. Gran, Esq.
Public Interest Law Center
  of Philadelphia
125 South 9th Street, Ste. 700
Philadelphia, PA  19107

Earle J. Schwarz, Esq.
Glankler Brown, PLLC
One Commerce Square - 17th Floor
Memphis, Tennessee  38103-2566

Jack W. Derryberry, Esq.
Ward, Derryberry and Thompson
Suite 1720, Parkway Towers
404 James Robertson Parkway
Nashville, TN  37219

Edward G. Connette, Esq.
Essex Richards, P.A.
1701 South Boulevard
Charlotte, NC  28203

Mary Schaffner
Howell & Fisher
Court Square Building
300 James Robertson Parkway
Nashville, TN  37201

Robert Berlow, Esq.
805 Fairfield Estates Court
Crownsville, MD 21032

Dudley West, Esq.
White & Reasor
Two American Center
3102 West End Avenue
Suite 1150
Nashville, TN  37203-1304

Michael Lottman, Esq.
3200 West End Ave., Suite 500
Nashville, TN  37203

<u>s/R. JONAS GEISSLER</u>
R. Jonas Geissler
Attorney for the United States
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave., N.W.
Washington D.C. 20530
Telephone: (202)353-8866