IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

In Re Application for Order           )
Transferring Dispute, Staying         )
Discovery, or Quashing Subpoena of    )   No. 1:06-MC-34-RJL
Sheela Stuart.                        )
                                      )

### UNITED STATES' NOTICE OF APPEARANCE AS COUNSEL

Pursuant to Local Civil Rule 83.6 (a), the United States submits this Notice of Appearance of Linda Keyser, who is an attorney with the Civil Rights Division of the United States Department of Justice and a member of the bar of the state of Maryland,[1] to practice before the Court in the above-captioned matters as an attorney for the United States, pursuant to Local Civil Rule 83.2 (e). Ms. Keyser enters her appearance in addition to those attorneys who have previously appeared before this Court on behalf of the United States in these matters. Ms. Keyser's address and telephone number are:

> Special Litigation Section
>
> U.S. Department of Justice
>
> 950 Pennsylvania Ave., NW
>
> SPL, Suite 5904
>
> Washington, DC  20530
>
> (202) 514-0695

---

[1] The State of Maryland does not provide bar identification numbers for its members.

|  |  |
|---|---|
|  | Respectfully submitted, |
| KENNETH L. WAINSTEIN<br>United States Attorney<br>District of the District of<br>  Columbia | WAN J. KIM<br>Assistant Attorney General<br>Civil Rights Division<br><br>BRADLEY J. SCHLOZMAN<br>Principal Deputy Assistant<br>  Attorney General<br><br>SHANETTA Y. CUTLAR<br>Section Chief<br><br>JUDY C. PRESTON<br>Deputy Chief<br><br>_/s/_<br>R. JONAS GEISSLER<br>LINDA KEYSER<br>Trial Attorneys<br>Special Litigation Section<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC  20530<br>(202)514-0695<br>Counsel for the United States |

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 6th, 2006, I served via email and first class mail, postage prepaid, the United States' Notice of Appearance as Counsel to the following:

Dianne Stamey Dycus, Esq.
Deputy Attorney General
Office of the Attorney General
Cordell Hull Building, 2nd Fl.
425 Fifth Avenue North
Nashville, TN 37243-0499

Jonathan P. Lakey, Esq.
Pietrangelo Cook PLC
International Place - Tower II
6410 Poplar Avenue
Suite 190
Memphis, Tennessee 38119

Judith A. Gran, Esq.
Public Interest Law Center
  of Philadelphia
125 South 9th Street, Ste. 700
Philadelphia, PA 19107

Earle J. Schwarz, Esq.
Glankler Brown, PLLC
One Commerce Square - 17th Floor
Memphis, Tennessee 38103-2566

Jack W. Derryberry, Esq.
Ward, Derryberry and Thompson
Suite 1720, Parkway Towers
404 James Robertson Parkway
Nashville, TN 37219

Edward G. Connette, Esq.
Essex Richards, P.A.
1701 South Boulevard
Charlotte, NC 28203

Mary Schaffner
Howell & Fisher
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201

Robert Berlow, Esq.
805 Fairfield Estates Court
Crownsville, MD 21032

Dudley West, Esq.
White & Reasor
Two American Center
3102 West End Avenue
Suite 1150
Nashville, TN 37203-1304

Michael Lottman, Esq.
3200 West End Ave., Suite 500
Nashville, TN 37203

_____
Linda Keyser